# United States District Court for the Northern District of Illinois

Case Number: **07 C 50249**      Assigned/IssuedBy: _____

---

## FEE INFORMATION

**Amount Due:**   ☑ $350.00   ☐ $39.00   ☐ $5.00
☐ IFP   ☐ No Fee   ☐ Other _____

*(For use by Fiscal Department Only)*

Amount Paid: __350 —__      Receipt #: __3529__

Date Paid: __12-26-07__      Fiscal Clerk: _____

---

## ISSUANCES

**Type Of Issuance:**   ☑ Summons            ☐ Alias Summons
☐ Third Party Summons         ☐ Lis Pendens
☐ Non Wage Garnishment Summons
☐ Wage-Deduction Garnishment Summons
☐ Citation to Discover Assets
☐ Writ _____
(Type of Writ)

FILED
DEC 2 6 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

2 Original and __4__ copies on __12-26-07__ as to __defts Caremark, Inc.__
(Date)
__+ Caremark RX, LLC.__

C:\wpwin80\docket\feeinfo.frm   01/01

Copy to Judge