## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 50249 | **DATE** | 1/4/2008 |
| **CASE TITLE** | Mill Street Clinic Pharmacy vs. Caremark RX, LLC et al | | |

**DOCKET ENTRY TEXT:**

Plaintiff shall file amended jurisdictional allegations to properly allege subject matter jurisdiction under either 28 U.S.C. § 1332 (a) or (d) and to establish the named plaintiff's right to sue as a dissolved corporation in its own name on or before 1/24/2008 or this case will be dismissed for lack of jurisdiction.

*Philip G. Reinhard*

Electronic Notices

    The named plaintiff brings this as a purported class action. The named plaintiff is alleged to be a dissolved Illinois corporation dissolved in 2002. Illinois provides a dissolved corporation may sue in its own name within 5 years of dissolution. 805 ILCS 5/12.80. Named plaintiff must allege a date of dissolution after 12/26/2002 to be a proper named plaintiff in this action. Diversity jurisdiction is alleged under 28 U.S.C. § 1332 (a). However, the members of Caremark RX, LLC and their citizenship are not identified as required, <u>Hicklin, L.C. v. Bartell</u>, 439 F.3d 346 (7th Cir. 2006), and the state of incorporation and principal place of business of Caremark, Inc. are not alleged either. 28 U.S.C. § 1332 (c) (1). Additionally, several fictitious defendants are named. Fictitious defendants are generally not allowed in diversity cases. <u>Howell v. Tribune Entertainment Co.</u>, 106 F.3d 215, 218 (7th Cir. 1997). If jurisdiction for this class action is intended to be under 28 U.S.C. § 1332 (d), which does not require complete diversity, the proper jurisdictional amount (in excess of $5,000,000) is not pled. Plaintiff shall file amended jurisdictional allegations to properly allege subject matter jurisdiction under either 28 U.S.C. § 1332 (a) or (d) on or before 1/24/2008 or this case will be dismissed for lack of subject matter jurisdiction.

| | Courtroom Deputy Initials: | /sec |
|---|---|---|