AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE  Jan 8th 2008 |
| NAME OF SERVER *(PRINT)*  Robert Bartel | TITLE  Process Server / Print Rep  115-00133 |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served Clerk Holly Blackenship 2:10 pm

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL  75.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  Jan 8th 2008    *[signature]*
                Date                    Signature of Server

_____
Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

MILL STREET CLINIC PHARMACY, INC.,
individually and on behalf of all others similarly
situated,

CASE NUMBER: 07 C 5 0 2 4 9

V.

ASSIGNED JUDGE:

CAREMARK RX, LLC., d/b/a CAREMARK RX,
INC., and CAREMARK, INC.

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

CAREMARK RX, LLC d/b/a CAREMARK RX, INC.
c/o Illinois Corporation Service C, As Registered Agent
801 Adlai Stevenson Drive
Springfield, IL 62703

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Peter L. Currie, Esq.
The Law Firm of Peter L. Currie, P.C.
536 Wing Lane
Saint Charles, IL 60174

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

MICHAEL W. DOBBINS, CLERK

_____              12-26-07
(By) DEPUTY CLERK                           DATE