# EXHIBIT A

Case 3:07-cv-50249     Document 13-2     Filed 01/24/2008     Page 1 of 4

# CAREMARK

Prescription Service Division

August 1, 1995

## Final Notice To Join *Care Select Network*

Dear Pharmacy:

Caremark is awaiting your response to join a select network of pharmacies (Care Select) to provide service to fill over 10 million prescriptions annually. Some of the companies now in this group are Sears, Allstate, Midwest Employees Benefit Coalition and Amoco to name a few. Besides the conversion of some existing groups like Sears, Allstate and Amoco, it is expected that this select network will be the primary network used by future employee groups selecting Caremark as their P.B.M. and wanting a select group of pharmacies. **If you are providing service to these members now we encourage you to participate in order to continue service.** Thank you for your consideration. Please fax your response by August 16, 1995 to Caremark at (708) 634-7599.

Reimbursement Rate:
    Brand AWP -14% +$2.00
    Generic HCFA +$2.50 if no HCFA, AWP -14% + $2.50

If you have questions please phone Caremark Provider Relations at (708) 634-7580.

Regards,

Caremark Prescription Service Division

---

Return to:
Caremark Prescription Service Division, Provider Relations
(708) 634-7580
111 Barclay Blvd. Suite 120
Lincolnshire, IL   60069


CAREMARK INC.

CHECK HERE ☐ if in the past year there has been a change in Pharmacy's name, address (including zip code), phone number (including area code) or NABP number.

## PARTICIPATING PHARMACY AGREEMENT

THIS PARTICIPATING PHARMACY AGREEMENT ("Agreement"), dated as of _____ ("Effective Date"), is between Caremark Inc., ("Caremark"), having its address at 2211 Sanders Road, Northbrook, IL 60062 Attention: Retail Network Management Fax: 847/559-3646 and the pharmacy whose name and address is set forth below ("Pharmacy").

Pharmacy "DBA" Name: _____

Location Address: _____

City: _____ State: _____ Zip: _____ - _____

Phone: (____) _____ - _____ Fax: (____) _____ - _____

Mailing Address: _____

City _____ State: _____ Zip. _____ - _____

Contact Person: _____ Phone: (____) _____

NABP# _____ Federal Tax I.D.#: _____
(Attach list if multiple NABP#s.)

Type of Pharmacy Practice:   ☐ retail   ☐ mail service   ☐ long term care   ☐ hospital   ☐ clinic   ☐ other _____

Type of Ownership:   ☐ independent   ☐ chain

The parties agree as follows:

1. **Responsibilities of Pharmacy.** Pharmacy shall dispense prescriptions to members covered under prescription benefits plans ("Plans") administered by various plan sponsors or their administrators ("Payors"). Such prescriptions shall be dispensed in accordance with the information communicated by Caremark to Pharmacy, applicable state and federal law, and applicable pharmacy practice standards, including all counseling and DUR requirements. Pharmacy shall at all times maintain all applicable licenses and permits, and shall provide evidence of the same to Caremark at Caremark's request. Pharmacy shall comply with accreditation standards as reasonably required by Caremark or Payors. Pharmacy agrees to always collect the applicable copayment as adjudicated by Caremark and to never discount or waive such copayment or to collect a greater amount. Pharmacy agrees to provide services to covered members of Plans with a degree of care, skill and attention at least as high as that provided to the general public. Should Pharmacy require the use of an intermediary, such as Envoy, GCC or NDC, to transmit to Caremark, Pharmacy shall be responsible for any applicable fees. Pharmacy shall adjudicate prescriptions through Caremark utilizing NCPDP software version 3.2 or higher. Pharmacy is responsible for maintaining all hardware and software necessary to support the prevailing pharmacy practice standards. Pharmacy shall require the signature of the patient or patient's representative on a permanent record before dispensing any prescription.

2. **Review of Records.** Pharmacy shall maintain all prescription records as required by applicable state and federal law. During business hours and upon reasonable notice, Pharmacy shall provide Caremark with access to review and copy all prescription records, patient medication profiles, billing records and signature records relating to services provided pursuant to this Agreement, as well as insurance, licensure and accreditation records and other business records as reasonably required to confirm compliance with Pharmacy's obligations under this Agreement. The terms of this Section shall survive the termination of this Agreement for any reason.

3. **Eligibility and Coverage.** Claim adjudication, drug utilization review and other edits shall be performed through electronic linkage to Caremark. Pharmacy shall access such electronic linkage with Caremark for each prescription dispensed. Verification of eligibility, drug coverage and other applicable edits to Pharmacy via the electronic linkage constitutes authorization for Pharmacy to service the Plan member. Caremark is not responsible for transmission errors of any kind. The terms of this Section shall survive the termination of this Agreement for any reason.

4. **Payment.** Pharmacy is entitled to reimbursement for each prescription dispensed to a Plan member at the lower of: (a) the amount applicable to a given Plan or (b) Pharmacy's usual and customary price (i.e., Pharmacy's cash price to the general public at the time of dispensing inclusive of all coupons, discounts, and other deductions), provided that Pharmacy has verified the requisite eligibility and coverage authorization and that Pharmacy has complied with all other applicable Plan

design features as defined in the Plan description. Pharmacy agrees to submit claims for payment to Caremark not later than thirty (30) days after the date of service. Pharmacy agrees to pay an administrative transactional fee of $.10 per transmission to Caremark. Any dispute as to payment must be brought to Caremark's attention within sixty (60) days after Pharmacy receives the disputed payment from Caremark. Any such dispute shall be governed by Caremark's grievance policy as then in effect. Payment shall be made at least monthly by Caremark. In the event that the prescription is not picked up within two (2) weeks of transmission, Pharmacy shall make a claim to reverse the prescription and if payment has been made to Pharmacy, Caremark shall be entitled to reimbursement. Caremark may offset any amounts owing to Caremark against amounts to be paid to Pharmacy. The terms of this Section shall survive the termination of this Agreement for any reason.

5. **Indemnification/Insurance.** Each party shall indemnify and hold harmless the other party, its directors, officers, employees and agents against all claims, liabilities, losses, damages, costs or expenses of any kind which arise as a result of the negligence or misconduct of the indemnifying party in performing any services under this Agreement. Each party shall maintain professional liability and general liability insurance in adequate amounts to cover their risks under this Agreement, but not less than $1,000,000 in professional liability coverage. Each party shall provide a current certificate of coverage to the other party upon request. The terms of this Section shall survive the termination of this Agreement for any reason.

6. **Term and Termination.** The initial term of this Agreement shall be twelve (12) months from the Effective Date. Thereafter, the term shall be automatically renewed annually for successive additional twelve (12) month periods, subject to the right of either party to terminate this Agreement upon at least 90 days prior written notice; provided, however that Caremark shall also have the ability to terminate this Agreement effective upon receipt of notice by Pharmacy, for breach of this Agreement or for other good cause.

7. **Advertising and Promotion.** Pharmacy agrees that it shall display any signage provided by Caremark. Pharmacy may advertise that it is a member of Caremark's network of retail pharmacies. Pharmacy shall cease any and all such usage immediately upon termination of this Agreement.

8. **Miscellaneous Provisions.**

A. This Agreement supersedes all prior or contemporaneous understandings or contracts, and constitutes the entire agreement existing between the parties regarding the subject matter of this Agreement. No waiver or discharge of any breach of this Agreement shall be effective unless it is in writing signed by the other party. Any waiver of any breach of any provision of this Agreement shall not be a waiver of any subsequent breach of any provision of this Agreement. This Agreement may not be modified except in writing signed by both parties.

B. Neither party shall be liable for failure or delay of performance arising from an act of God or other events beyond control of a party, such as an act of a regulatory agency, fire, flood, explosion, strike, labor stoppage, computer malfunction or act of war or rebellion.

C. Each party shall comply with the provisions of all applicable federal, state and local laws and regulations in connection with the subject matter of this Agreement. Neither party shall make payments or perform any services under this Agreement that would be prohibited by law. No part of this Agreement shall be construed to induce or encourage the referral of patients, and no payment made pursuant to this Agreement or any other agreement between Caremark and Pharmacy shall be construed to induce the purchase, lease, order or arrangement for the furnishing of healthcare products or services.

D. All notices provided for in this Agreement shall be in writing and shall be sent by registered or certified mail or by overnight courier addressed to the other party at the address listed above.

E. This Agreement and its interpretation shall be governed by the Internal laws of the State of Illinois (without regard to its conflict of laws rules).

IN WITNESS WHEREOF, authorized representatives of the parties have signed this Agreement.

CAREMARK INC.

By: _Grace Rodes_
(Authorized Signature)

Title: VP - Retail Network Management

Date: December 6, 1996

_____
(Name of Pharmacy)

By: _____
(Authorized Signature)

Title: _____

Date: _____

**Please sign both copies and return one to Caremark.** If multiple stores, please attach additional listing with information for all categories listed in the first paragraph of this Agreement.

CRKCNTPR.DOC 11/96