# United States District Court for the Northern District of Illinois

Case Number: **07C 50249**  Assigned/IssuedBy: _____

## FEE INFORMATION

**Amount Due:**
- ☐ $350.00
- ☐ $39.00
- ☐ $5.00
- ☐ IFP
- ☒ No Fee
- ☐ Other _____

*(For use by Fiscal Department Only)*

Amount Paid: _____

Date Paid: _____

Receipt #: _____

Fiscal Clerk: _____

FILED
JAN 25 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## ISSUANCES

**Type Of Issuance:**
- ☒ Summons
- ☐ Alias Summons
- ☐ Third Party Summons
- ☐ Lis Pendens
- ☐ Non Wage Garnishment Summons
- ☐ Wage-Deduction Garnishment Summons
- ☐ Citation to Discover Assets
- ☐ Writ _____ (Type of Writ)

Original and **0** copies on **1-25-08** (Date) as to **CVS Caremark Corp**

C:\wpwin80\docket\feeinfo.frm  01/01