IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| MILL STREET CLINIC PHARMACY, INC., individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>vs.<br><br>CAREMARK RX, L.L.C., CAREMARK RX, INC., CAREMARK, INC., CAREMARK, L.L.C., AND CVS CAREMARK CORPORATION,<br><br>        Defendants. | Case No. 07 C 50249<br><br>The Honorable Philip G. Reinhard<br><br>Magistrate Judge P. Michael Mahoney |

**AGREED MOTION FOR EXTENSION OF TIME**

Defendants Caremark Rx, L.L.C., Caremark, L.L.C. and CVS Caremark Corporation (collectively, the "Caremark Defendants"), by their attorneys, Foley & Lardner LLP, respectfully request from this Court an extension of time of fourteen (14) days, to and including February 27, 2008, to answer or otherwise respond to Plaintiff's First Amended Class Action Complaint (the "Amended Complaint") and in support thereof state as follows:

1. Defendants Caremark Rx, L.L.C. and Caremark L.L.C. are presently due to respond to the Amended Complaint on February 13, 2008. Neither Caremark Rx, L.L.C. nor Caremark L.L.C. has previously sought any type of extension in this case to date.

2. Defendant CVS Caremark Corporation was only recently served with the Amended Complaint on February 4, 2008, and it has twenty (20) days from the date of service to answer or otherwise respond pursuant to Federal Rule of Civil Procedure 12.

CHIC_1842909.1

3. The undersigned represents all three of the named Caremark Defendants. It is counsel's intent to file a single response on behalf of all three defendants, instead of multiple separate filings given that CVS Caremark Corporation was served at a later date and has additional time to answer or otherwise respond.

4. Additional time is also required to afford sufficient time to carefully evaluate the issues raised in the Amended Complaint, and how they relate to each of the three defendants named in the lawsuit.

5. Counsel for the Caremark Defendants has contacted counsel for Plaintiff Mill Street Clinic Pharmacy, Inc., who confirmed that Plaintiff agrees with and does not object to the Caremark Defendants' request set forth herein for an additional fourteen (14) days to answer or otherwise respond to the Amended Complaint.

6. The granting of the relief requested will not prejudice the interests of any party to this lawsuit.

WHEREFORE, Defendants Caremark Rx, L.L.C., Caremark, L.L.C. and CVS Caremark Corporation respectfully request that this Court (i) grant this motion in its entirety, (ii) extend the due date to February 27, 2008 for Defendants to answer or otherwise respond to the Amended Complaint and (iii) grant such other and further relief as this Court deems just and proper.

Dated: February 12, 2008

CAREMARK RX, L.L.C.,
CAREMARK, L.L.C. and CVS
CAREMARK CORPORATION

_____/s/ Daniel M. Cordis_____
One of Their Attorneys

Frank E. Pasquesi (IL Bar No. 6205455)
Robert H. Griffith (IL Bar No. 6237224)
Daniel M. Cordis (IL Bar No. 6285963)
Foley & Lardner LLP
321 North Clark Street, Suite 2800
Chicago, Illinois  60610
312.832.4500 (t)
312.832.4700 (f)

## CERTIFICATE OF SERVICE

      I, Daniel M. Cordis, an attorney, hereby certify that on February 12, 2008, a copy of **Notice of Motion** and **Agreed Motion For Extension of Time**, was filed and served through the United States District Court for the Northern District of Illinois' ECF filing system on the following individual:

      Peter L. Currie
      The Law Firm of Peter L. Currie, P.C.
      536 Wing Lane
      Saint Charles, Illinois 60174
      plclaw05@aol.com

                                    /s/ Daniel M. Cordis
                                    Daniel M. Cordis

CHIC_1842909.1