**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | |
|---|---|
| MILL STREET CLINIC PHARMACY, INC., individually and on behalf of all others similarly situated, ) ) ) ) Plaintiff, ) ) ) vs. ) ) CAREMARK RX, L.L.C., CAREMARK RX, INC., CAREMARK, INC., CAREMARK, L.L.C., AND CVS CAREMARK CORPORATION, ) ) ) ) ) ) Defendants. ) ) ) | Case No. 07 C 50249<br><br>The Honorable Philip G. Reinhard<br><br>Magistrate Judge P. Michael Mahoney |

## NOTICE OF MOTION

TO: Peter L. Currie
The Law Firm of Peter L. Currie, P.C.
536 Wing Lane
Saint Charles, Illinois 60174

　　PLEASE TAKE NOTICE that on the 13th day of February, 2008 at 1:30 p.m., we shall appear before Magistrate Judge P. Michael Mahoney, or any judge sitting in his stead, in Room 206 of the United States Courthouse, 211 South Court Street, Rockford, Illinois, and there and then present the **Agreed Motion For Extension Of Time**, a copy of which is attached hereto and hereby served upon you.

Dated: February 12, 2008

Respectfully submitted,

CAREMARK Rx, L.L.C., CAREMARK L.L.C. and CVS CAREMARK CORPORATION

By:\_\_\_\_/s/ Daniel Cordis_____
       One of Its Attorneys

Frank E. Pasquesi (IL Bar No. 6205455)
Robert H. Griffith (IL Bar No. 6237224)
Daniel M. Cordis (IL Bar No. 6285963)
FOLEY & LARDNER LLP
321 North Clark Street, Suite 2800
Chicago, Illinois 60610
312.832.4500 (t)
312.832.4700 (f)

2