AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | February 4, 2008 at 2:05 p.m. |
| NAME OF SERVER *(PRINT)* <br> Daniel Newcomb | TITLE <br> Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

☒ Other (specify): Service on CVS Caremark Corporation was effectuated by serving Scott LaScala, Managing Agent duly authorized to accept service. Service was made at The Corporation Trust Company, 1209 Orange St., Wilmington, DE 19801.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   February 5, 2008         *[signature]*
              Date                      *Signature of Server*

DELAWARE ATTORNEY SERVICES
2000 Pennsylvania Avenue, Suite 207
Wilmington, DE 19806  (302) 429-0657
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

MILL STREET CLINIC PHARMACY, INC.,
individually and on behalf of all others similarly situated,

CASE NUMBER:    07 C 50249

V.

ASSIGNED JUDGE:   Philip G. Reinhard

CAREMARK RX, L.L.C., CAREMARK RX,
INC., CAREMARK, INC., CAREMARK, L.L.C.,
and CVS CAREMARK CORPORATION,

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

CVS Caremark Corporation
The Corporation Trust Company, As Registered Agent
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Peter L. Currie, Esq.
The Law Firm of Peter L. Currie, P.C.
536 Wing Lane
Saint Charles, IL 60174

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

1-25-08
DATE