IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| MILL STREET CLINIC PHARMACY, INC., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CAREMARK RX, L.L.C., CAREMARK RX, INC., CAREMARK, INC., CAREMARK, L.L.C., AND CVS CAREMARK CORPORATION,<br><br>Defendants. | Case No. 07 C 50249<br><br>The Honorable Philip G. Reinhard<br><br>Magistrate Judge P. Michael Mahoney |

**DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO RULE 12(B)(3) OR, IN THE ALTERNATIVE, TO TRANSFER IN THE INTEREST OF JUSTICE,**
**-- AND --**
**DEFENDANT'S MOTION TO DISMISS PURSUANT TO RULES 9(B) AND 12(B)(6) FOR FAILURE TO STATE A CLAIM**

Defendants Caremark Rx, L.L.C., Caremark, L.L.C. and CVS Caremark Corporation (collectively, "the Caremark Defendants"), by their attorneys, Foley & Lardner LLP, hereby respectfully move this Court to dismiss Plaintiff Mill Street Clinic Pharmacy, Inc.'s ("Mill Street") First Amended Class Action Complaint ("Amended Complaint") and, in addition to its Supporting Memorandum filed herewith, state as follows:

1. Pursuant to Federal Rule of Civil Procedure ("Rule") 12(b)(3), this Court should dismiss the Amended Complaint because it has been improperly venued in the Western Division of the Northern District of Illinois, a Division unconnected to the underlying facts of this action.

CHIC_2134882.1

2

      2.      Pursuant to Rules 12(b)(6) and 9(b), this Court should dismiss the Amended Complaint because Mill Street has failed to state a claim upon which relief can be granted and failed to plead its fraud-based claims with the necessary particularity.

      3.      Alternatively, pursuant to the authority of 28 U.S.C. § 1406(a), should this Court decide that dismissal is unwarranted, this action should be transferred to the Eastern Division of the Northern District of Illinois in the interest of justice.

      WHEREFORE, the Caremark Defendants respectfully request that this Court grant its Motions to Dismiss in their entirety and grant any such other and further relief as this Court deems just and proper.

Dated: February 27, 2008

Respectfully submitted,

CAREMARK RX, L.L.C.,
CAREMARK L.L.C. AND CVS
CAREMARK CORPORATION

\_\_\_\_/s/ Daniel M. Cordis_____
One of Their Attorneys

Frank E. Pasquesi (IL Bar No. 6205455)
Robert H. Griffith (IL Bar No. 6237224)
Daniel M. Cordis (IL Bar No. 6285963)
Foley & Lardner LLP
321 North Clark Street
Suite 2800
Chicago, Illinois  60610
312.832.4500 (t)
312.832.4700 (f)

CHIC_2134882.1

## PROOF OF SERVICE

Daniel M. Cordis, an-attorney, hereby certify that on February 27, 2008, I caused the foregoing **Defendants' Motion to Dismiss Plaintiff's First Amended Complaint Pursuant to Rule 12(B)(3) or, in the Alternative, to Transfer in the Interest of Justice** and **Defendants' Motion to Dismiss Pursuant to Rule 9(B) and 12(B)(6) for Failure to State a Claim** to be served on the following individual pursuant to the United States District Court for the Northern District of Illinois' ECF filing system:

Peter L. Currie
The Law Firm Of Peter L. Currie, P.C.
536 Wing Lane
Saint Charles, Illinois  60174
630.862.1130 (t)
630.845.8983 (f)
plclaw05@aol.com


    /s/ Daniel M. Cordis
    Daniel M. Cordis