IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| MILL STREET CLINIC PHARMACY, INC., individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  vs.<br><br>CAREMARK RX, L.L.C., CAREMARK RX, INC., CAREMARK, INC., CAREMARK, L.L.C., AND CVS CAREMARK CORPORATION,<br><br>  Defendants. | Case No. 07 C 50249<br><br>The Honorable Philip G. Reinhard<br><br>Magistrate Judge P. Michael Mahoney |

**DEFENDANTS' MOTION FOR LEAVE TO FILE *INSTANTER* ITS MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO DISMISS OR, ALTERNATIVELY, <u>TRANSFER IN EXCESS OF 15 PAGES</u>**

Defendants Caremark Rx, L.L.C., Caremark, L.L.C. and CVS Caremark Corporation (collectively, "the Caremark Defendants"), by their attorneys, Foley & Lardner LLP, hereby respectfully move this Court pursuant to Local Rule 7.1 for entry of an order granting the Caremark Defendants leave to file *instanter* a memorandum of law in excess of 15 pages, attached hereto as Exhibit A ("Memorandum"), in support of its (i) Motion to Dismiss Plaintiff's First Amended Complaint Pursuant to Rule 12(b)(3) Or, In The Alternative, To Transfer In The Interest of Justice and (ii) Motion To Dismiss Pursuant To Rules 9(b) and 12(b)(6) For Failure To State A Claim. In support of its Motion, the Caremark Defendants state as follows:

CHIC_2135926.1

1. Simultaneously with the filing of the above-referenced motions, the Caremark Defendants seek to submit the attached Memorandum in support thereof.

2. Mill Street Clinic Pharmacy, Inc.'s ("Mill Street") First Amended Class Action Complaint ("Amended Complaint") is nineteen (19) pages in length with an attached exhibit. The Amended Complaint includes four counts, including counts involving lengthy fraud-based allegations.

3. The Caremark Defendants contest the validity of the Amended Complaint on multiple fronts involving complex issues of law and fact. Specifically, the Caremark Defendants move for dismissal for improper venue pursuant to Rules 12(b)(3) and for dismissal due to failure to state a claim upon which relief can be granted and for numerous pleading deficiencies under Rules 12(b)(6) and 9(b) respectively. In the alternative, the Caremark Defendants seek a transfer in the interest of justice pursuant to 28 U.S.C. § 1406(a).

4. Moreover, rather than file two separate motions before this Court with separate supporting memoranda – one in favor of outright dismissal on the grounds of Rules 12(b)(6), 12(b)(3) and 9(b) and another in favor of transfer pursuant to either 28 U.S.C. § 1404(a) or 1406(a) – the Caremark Defendants seek to file a single Memorandum at this time. It is the Caremark Defendants' intention and hope that its combined motions and single Memorandum in support thereof will conserve valuable, finite judicial resources as well as the time and resources of the parties and counsel.

5. The Memorandum describes in detail the facts and law to demonstrate that this Court should either dismiss the Amended Complaint or transfer it to the Eastern Division of the Northern District of Illinois in the interest of justice.

6. Notwithstanding, counsel for the Caremark Defendants has attempted in good faith to address all of the relevant facts and issues contained in the Memorandum in as few pages as possible. Also, the Caremark Defendants recognize that this Court has a standing order prohibiting parties from filing briefs in excess of 15 pages. Yet, in this potentially large putative class action, in order to address and present the relatively complex set of facts and arguments in support of dismissal or transfer, the Caremark Defendants require leave to submit its Memorandum in excess of 15 pages.

WHEREFORE, Rosemont respectfully requests that the Court enter an order granting it leave to file *instanter* the attached Memorandum in excess of 15 pages.

Dated: February 27, 2008

Respectfully submitted,

CAREMARK RX, L.L.C.,
CAREMARK L.L.C. AND CVS
CAREMARK CORPORATION


_____/s/ Daniel M. Cordis_____
    One of Their Attorneys


Frank E. Pasquesi (IL Bar No. 6205455)
Robert H. Griffith (IL Bar No. 6237224)
Daniel M. Cordis (IL Bar No. 6285963)
Foley & Lardner LLP
321 North Clark Street
Suite 2800
Chicago, Illinois  60610
312.832.4500 (t)
312.832.4700 (f)

## **PROOF OF SERVICE**

Daniel M. Cordis, an-attorney, hereby certify that on February 27, 2008, I caused the foregoing **Defendants' Motion For Leave To File *Instanter* Its Memorandum Of Law In Support Of Its Motion To Dismiss Or, Alternatively, Transfer In Excess Of 15 Pages** to be served on the following individual pursuant to the United States District Court for the Northern District of Illinois' ECF filing system:

Peter L. Currie
The Law Firm Of Peter L. Currie, P.C.
536 Wing Lane
Saint Charles, Illinois  60174
630.862.1130 (t)
630.845.8983 (f)
plclaw05@aol.com


        /s/ Daniel M. Cordis
        Daniel M. Cordis