IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| MILL STREET CLINIC PHARMACY, INC., individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CAREMARK RX, L.L.C., CAREMARK RX, INC., CAREMARK, INC., CAREMARK, L.L.C., AND CVS CAREMARK CORPORATION,<br><br>　　　　　Defendants. | Case No. 07 C 50249<br><br>The Honorable Philip G. Reinhard<br><br>Magistrate Judge P. Michael Mahoney |

**NOTICE OF MOTION**

　　　PLEASE TAKE NOTICE that on March 7, 2008 at 1:30 p.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable P. Michael Mahoney or any Judge sitting in his stead in Courtroom 206 at that time, United States District Courthouse, 211 S. Court Street, Rockford, Illinois 61101, and then and there present, Caremark Rx, L.L.C., Caremark L.L.C. and CVS Caremark Corporation's **Defendant's Motion For Leave To File *Instanter* Its Memorandum Of Law In Support Of Its Motion To Dismiss Or, Alternatively, Transfer In Excess Of 15 Pages**, a copy of which is attached and served upon you.

2

Dated:  February 27, 2008

Respectfully submitted,

CAREMARK RX, L.L.C.,
CAREMARK L.L.C. AND CVS
CAREMARK CORPORATION


_____/s/ Daniel M. Cordis_____
One of Their Attorneys


Frank E. Pasquesi (IL Bar No. 6205455)
Robert H. Griffith (IL Bar No. 6237224)
Daniel M. Cordis (IL Bar No. 6285963)
Foley & Lardner LLP
321 North Clark Street
Suite 2800
Chicago, Illinois  60610
312.832.4500 (t)
312.832.4700 (f)

2