# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Philip G. Reinhard | **Sitting Judge if Other than Assigned Judge** | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 07 C 50249 | **DATE** | 3/12/2008 |
| **CASE TITLE** | MILL STREET vs. CAREMARK | | |

**DOCKET ENTRY TEXT:**

Plaintiff's applications for James Terrell and Robert Methvin to appear pro hac vice are granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | GG |
|---|---|---|