IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| MILL STREET CLINIC PHARMACY, INC., individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>CAREMARK RX, L.L.C., CAREMARK RX INC., CAREMARK, INC., CAREMARK, L.L.C., AND CVS CAREMARK CORPORATION,<br><br>　　　　　　　Defendants. | Case No. 07 C 50249<br><br>The Honorable Philip C. Reinhard<br><br>Magistrate Judge P. Michael Mahoney |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE *INSTANTER* ITS OPPOSITION TO DEFENDANTS' MOTION TO DISMISS OR, ALTERNATIVELY, TRANSFER IN EXCESS OF 15 PAGES**

　　　　Plaintiff, Mill Street Clinic Pharmacy, Inc., by it's attorneys, The Law Firm of Peter L. Currie, P.C. and McCallum, Methvin & Terrell, P.C., hereby respectfully moves this Court pursuant to Local Rule 7.1 for entry of an order granting Plaintiff leave to file *instanter* a memorandum of law in excess of 15 pages, attached hereto as Exhibit A ("Memorandum"), in support of its (i) Opposition to Motion to Dismiss Plaintiffs First Amended Complaint Pursuant to Rule l2(b)(3) Or, In The Alternative, To Transfer In The Interest of Justice and (ii) Opposition to Motion To Dismiss Pursuant To Rules 9(b) and 12(b)(6) For Failure To State A Claim. In support of its Motion, Plaintiff states as follows:

　　　　1.　　Plaintiff seeks to submit the attached Memorandum in support of its Opposition to Defendants' Motion to Transfer or Dismiss.

　　　　2.　　Defendant's Motion and accompanying Memorandum of Law exceed

twenty-five (25) pages in length with an attached exhibit.

3. Plaintiff opposes the Defendant's Motion on multiple fronts involving complex issues of law and fact. Specifically, Plaintiff opposes dismissal for improper venue pursuant to Rules 12(b)(3) and dismissal for failure to state a claim pursuant to Rule 12(b)(6). In the alternative, Plaintiff opposes transfer in the interest of justice pursuant to 28 U.S.C. § 1406(a).

4. Plaintiff's Memorandum describes in detail the facts and law to demonstrate that this Court should deny Defendant's Motion.

5. Notwithstanding, counsel for Plaintiff has attempted in good faith to address all of the relevant facts and issues contained in the Memorandum in as few pages as possible. Also, Plaintiff recognizes that this Court has a standing order prohibiting parties from filing briefs in excess of 15 pages. Yet, in order to fully address and oppose the relatively complex arguments set out in Defendant's Motion and Memorandum of Law, Plaintiff requires leave to submit its Memorandum in excess of 15 pages.

WHEREFORE, Plaintiff respectfully requests that the Court enter an order granting it leave to file *instanter* the attached Memorandum in excess of 15 pages.

Dated: April 4, 2008     Respectfully submitted,

/s/ Peter L. Currie
Peter L. Currie, Esq. (#06281711)
THE LAW FIRM OF PETER L. CURRIE, P.C.
536 Wing Lane
Saint Charles, Illinois 60174
Telephone: (630) 862-1130
Facsimile:  (630) 845-8982

*Attorney for Plaintiff*

Robert G. Methvin, Jr. (Admitted *Pro Hac Vice*)
James M. Terrell (Admitted *Pro Hac Vice*)
McCALLUM, METHVIN & TERRELL, P.C.
2201 Arlington Avenue South
Birmingham, AL 35205
Telephone: (205) 939-0199
Facsimile: (205) 939-0399

*Of Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 4, 2008 I electronically filed the foregoing **PLAINTIFF'S MOTION FOR LEAVE TO FILE *INSTANTER* ITS OPPOSITION TO DEFENDANTS' MOTION TO DISMISS OR, ALTERNATIVELY, TRANSFER IN EXCESS OF 15 PAGES** with the clerk of court for the U. S. District Court, Northern District of Illinois, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means:

Frank E. Pasquesi, Esq.
Robert H. Griffith, Esq.
Daniel M. Cordis, Esq.
FOLEY & LARDNER LLP
321 North Clark Street, Suite 2800
Chicago, Illinois 60610

                                    /s/ Peter L. Currie