IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| MILL STREET CLINIC PHARMACY, INC., individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>CAREMARK RX, L.L.C., CAREMARK RX INC., CAREMARK, INC., CAREMARK, L.L.C., AND CVS CAREMARK CORPORATION,<br><br>    Defendants. | Case No.: 07-CV-50249<br><br>Honorable Judge Philip C. Reinhard<br><br>Magistrate Judge P. Michael Mahoney |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on April 16, 2008 at 1:30 p.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Magistrate Judge P. Michael Mahoney or any Judge sitting in his stead in Courtroom 206 at that time, United States District Courthouse, 211 S. Court Street, Rockford, Illinois 61101, and then and there present, Mill Street Clinic Pharmacy, Inc.'s **Plaintiff's Motion For Leave To File *Instanter* Its Opposition to Defendants' Motion To Dismiss Or, Alternatively, Transfer In Excess Of 15 Pages**, a copy of which is attached and served upon you.

Dated: April 4, 2008

Respectfully submitted,

/s/ Peter L. Currie
Peter L. Currie, Esq. (#06281711)
THE LAW FIRM OF PETER L. CURRIE, P.C.
536 Wing Lane
Saint Charles, Illinois 60174
Telephone: (630) 862-1130
Facsimile: (630) 845-8982

*Attorney for Plaintiff*

Robert G. Methvin, Jr. (Admitted *Pro Hac Vice*)
James M. Terrell (Admitted *Pro Hac Vice*)
McCALLUM, METHVIN & TERRELL, P.C.
2201 Arlington Avenue South
Birmingham, AL 35205
Telephone: (205) 939-0199
Facsimile: (205) 939-0399

*Of Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 4, 2008 I electronically filed the foregoing **Notice of Motion** with the clerk of court for the U. S. District Court, Northern District of Illinois, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means:

Frank E. Pasquesi, Esq.
Robert H. Griffith, Esq.
Daniel M. Cordis, Esq.
FOLEY & LARDNER LLP
321 North Clark Street
Suite 2800
Chicago, Illinois 60610

                                              /s/ Peter L. Currie