# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Western Division

Mill Street Clinic Pharmacy, Inc.
                                 Plaintiff,

v.                                               Case No.: 3:07–cv–50249
                                                         Honorable Philip G. Reinhard

Caremark RX, LLC, et al.
                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 16, 2008:

      MINUTE entry before Judge Honorable P. Michael Mahoney: Plaintiff's Motion for leave to file instanter response to motion to dismiss in excess of fifteen pages (20 pages) [33] is grantedMailed notice(glg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.