IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| MILL STREET CLINIC PHARMACY, INC., )<br>individually and on behalf of all others )<br>similarly situated, )<br>)<br>     Plaintiff, )<br>)<br>)<br>  vs. )<br>)<br>CAREMARK RX, L.L.C., CAREMARK RX, )<br>INC., CAREMARK, INC., CAREMARK, )<br>L.L.C., AND CVS CAREMARK )<br>CORPORATION, )<br>)<br>     Defendants. )<br>)<br>) | Case No. 07 C 50249<br><br>The Honorable Philip G. Reinhard<br><br>Magistrate Judge P. Michael Mahoney |

**UNOPPOSED MOTION FOR AN EXTENSION OF TIME
TO FILE DEFENDANTS' REPLY IN FURTHER SUPPORT OF MOTIONS TO
<u>DISMISS OR, IN THE ALTERNATIVE, TRANSFER ACTION</u>**

Defendants Caremark Rx, L.L.C., Caremark L.L.C. and CVS Caremark Corporation (collectively, "Caremark"), by their attorneys, Foley & Lardner LLP, respectfully request this Court for a seven-day extension until April 25, 2008 to file their reply ("Reply") in further support of their (i) Motion to Dismiss Pursuant to Rule 12(b)(3) or, In The Alternative, to Transfer in the Interest of Justice and (ii) Motion to Dismiss Pursuant to Rules 9(b) and 12(b)(6) for Failure to State a Claim (collectively, "Motions"), and in support thereof state as follows:

  1.  Caremark's reply in support of its Motions is currently due on April 18, 2008.

  2.  Caremark requests a one-week extension to file its Reply, which would set the due date as April 25, 2008.

  3.  Opposing counsel for Mill Street Clinic Pharmacy, Inc. does not object to Caremark's request for this extension of time to file its Reply.

CHIC_2750711.1

4.	The extension sought will not prejudice the interests of any party to this lawsuit nor will it delay the overall schedule in this case.

WHEREFORE, Defendants Caremark Rx, L.L.C., Caremark L.L.C. and CVS Caremark Corporation respectfully request that this Court (i) grant this motion in its entirety, (ii) extend the due date for the Reply to on or before April 25, 2008 and (iii) grant such other and further relief as this Court deems just and proper.

Dated:  April 17, 2008

CAREMARK RX, L.L.C.,
CAREMARK, L.L.C. and CVS
CAREMARK CORPORATION

_____/s/ Daniel M. Cordis_____
One of Their Attorneys

Frank E. Pasquesi (IL Bar No. 6205455)
Robert H. Griffith (IL Bar No. 6237224)
Daniel M. Cordis (IL Bar No. 6285963)
Foley & Lardner LLP
321 North Clark Street, Suite 2800
Chicago, Illinois  60610
312.832.4500 (t)
312.832.4700 (f)

2

## **PROOF OF SERVICE**

   I, Daniel M. Cordis, an attorney, hereby certify that on April 17, 2008, I caused the foregoing Defendants' **Unopposed Motion For An Extension Of Time To File A Reply In Support Of Motions To Dismiss Or, In The Alternative, Transfer Action** to be served on the following individual pursuant to the United States District Court for the Northern District of Illinois' ECF filing system:

Peter L. Currie
The Law Firm Of Peter L. Currie, P.C.
536 Wing Lane
Saint Charles, Illinois 60174
630.862.1130 (t)
630.845.8983 (f)
plclaw05@aol.com

                /s/ Daniel M. Cordis
                Daniel M. Cordis