# EXHIBIT "1"

Case 3:07-cv-50249    Document 37-2    Filed 04/17/2008    Page 1 of 2



SERVICES   PROGRAMS   PRESS   PUBLICATIONS   DEPARTMENTS   CONTACT

## CORPORATION FILE DETAIL REPORT

| | | | |
|---|---|---|---|
| Entity Name | MILL STREET CLINIC PHARMACY, INC. | File Number | 53165281 |
| Status | REINSTATED/GOODSTANDING | | |
| Entity Type | CORPORATION | Type of Corp | DOMESTIC BCA |
| Incorporation Date (Domestic) | 08/02/1983 | State | ILLINOIS |
| Agent Name | ROBERT H SCURR | Agent Change Date | 03/07/2008 |
| Agent Street Address | 21-3 TIMBER SHORE DRIVE | President Name & Address | ROBERT H SCURR 21-3 TIMBER SHORE DR LAKE CARROLL 61046 |
| Agent City | LAKE CARROLL | Secretary Name & Address | ADELBERTO GARZA SAME |
| Agent Zip | 61046 | Duration Date | PERPETUAL |
| Annual Report Filing Date | 03/07/2008 | For Year | 2007 |

Return to the Search Screen          Purchase Certificate of Good Standing
                                     (One Certificate per Transaction)

BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE