**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Western Division**

Mill Street Clinic Pharmacy, Inc.
                               Plaintiff,

v.                                               Case No.: 3:07–cv–50249
                                                         Honorable Philip G. Reinhard

Caremark RX, LLC, et al.
                               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 22, 2008:

       MINUTE entry before Judge Honorable P. Michael Mahoney: Defendants' Motion for extension of time to file reply regarding MOTION by Defendants CVS Caremark Corporation, Caremark RX, LLC, Caremark LLC to dismiss *Or, Alternatively, Transfer To Proper Venue*[24] [36] is granted. Set deadlines as to motion to dismiss[24] : Replies due by 4/25/2008.Mailed notice(glg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.