UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Western Division

Mill Street Clinic Pharmacy, Inc.
                            Plaintiff,

v.                                          Case No.: 3:07−cv−50249
                                            Honorable Philip G. Reinhard

Caremark RX, LLC, et al.
                            Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 17, 2008:

    MINUTE entry before the Honorable P. Michael Mahoney: Pursuant to request of counsel, Case management order due by 7/1/2008. Initial Pretrial Conference reset for 7/2/2008 at 01:30 PM. Telephoned notice(glg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.