IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| MILL STREET CLINIC PHARMACY, INC., individually and on behalf of all others similarly situated, | Case No. 07 C 50249 |
| | The Honorable Philip G. Reinhard |
| Plaintiff, | Magistrate Judge P. Michael Mahoney |
| vs. | |
| CAREMARK RX, L.L.C., CAREMARK RX, INC., CAREMARK, INC., CAREMARK, L.L.C., AND CVS CAREMARK CORPORATION, | |
| Defendants. | |

## REPORT OF RULE 26(f) PLANNING MEETING

The following counsel met by telephone on June 9, 2008 for the purpose of formulating a proposed discovery calendar for consideration by the Court:

| Name | Counsel for |
|---|---|
| Peter L. Currie<br>**The Law Firm of Peter L. Currie, P.C.** | Plaintiff |
| James M Terrell<br>**McCallum, Methvin & Terrell, P.C.** | |
| Robert H. Griffith<br>Daniel M. Cordis<br>**Foley & Lardner LLP** | Defendants |

If a class is certified, the relevant time periods may need to be revisited and extended as noted herein. The parties hereby jointly submit this report:

    **1.**    **Initial Disclosures.**  The parties agree to exchange initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) within 14 days of the Initial Pretrial Conference, or no later than **July 30, 2008**.

CHIC_2983696.1

2.   **Amendment of pleadings and Joinder of Parties.**  Plaintiff shall file its further amended complaint in response to the Court's June 19, 2008, order of dismissal by **July 31, 2008**.  Defendant shall file its response to Plaintiff's claim(s), including those set forth in the further amended complaint, by **August 29, 2008**.  The deadline for any further amendment of pleadings and for motions for leave to join additional parties is **September 15, 2008**.

3.   **Discovery commencement and deadlines.**  Discovery shall commence on **July 31, 2008**.  No party shall be permitted to serve discovery requests beforehand.  The deadline for the parties to take discovery for class certification purposes will be **February 16, 2009**.  All written discovery must be served no later than **December 16, 2009**.  All remaining discovery must be completed by **May 16, 2010**.

4.   **Disclosure of Experts.**

   a.   Plaintiff shall disclose and provide expert reports for any expert it will rely on in support of a motion for class certification no later than **December 17, 2008**.  Any such experts must be made available for deposition within 30 days after reports are served.

   b.   Plaintiff shall disclose all other experts and provide expert reports by **October 16, 2009**.  Plaintiff shall make any such experts available for deposition by **December 16, 2009**.

   c.   Defendants shall disclose and provide expert reports for any expert they will rely on in opposition to a motion for class certification no later than **February 2, 2009**.  Any such expert must be made available for deposition within 30 days after reports are served.

d.      Defendants shall disclose all other experts and provide expert reports by **February 16, 2010**. Defendants shall make any such experts available for deposition by **April 16, 2010**.

e.      None of the foregoing provisions shall prevent any party from designating an expert for both class certification and merits issues, and the parties shall be permitted to file separate expert reports for class certification and merits purposes from the same expert, provided the expert is separately made available for deposition with respect to each of the two reports within the timeframes established by this order for depositions of class certification experts and other experts.

5.      **Motions Deadlines.**

a.      **Class certification.** The deadline for plaintiff to file a motion for class certification motion is **February 17, 2009**. Defendants' memorandum in opposition to plaintiff's class certification motion shall be filed no later than 30 days following the filing of plaintiff's motion.

b.      **Case dispositive motions.** The deadline for case dispositive motions is **July 16, 2010**.

6.      **Discovery Limitations and Other Issues.**

a.      **Requests for Admissions.** No limit, subject to applicable rules.

b.      **Written Interrogatories.** Limit of 35, subject to applicable rules.

c.      **Requests for Production or Inspection.** No limit, subject to applicable rules.

      **d.**    **Oral Depositions.** Limit of 15 per side, excluding expert witnesses. Each deposition, including expert depositions, shall be limited to one (1) day of seven (7) hours, subject to applicable rules.

      **e.**    **Protective Order.** The parties agree that a confidentiality order will be required in order to protect information that is expected to be the subject of discovery in this action, including information subject to HIPAA restrictions; accordingly, the parties will work to reach agreement on the terms of a proposed confidentiality order.

**Dated**: July 15, 2008

RESPECTFULLY SUBMITTED,

| | |
|---|---|
| MILL STREET CLINIC PHARMACY, INC. | CAREMARK Rx, L.L.C.<br>CAREMARK, L.L.C.<br>CAREMARK, INC. and<br>CVS CAREMARK CORP. |
| /s/ Peter L. Currie<br>One of Its Attorneys | /s/ Daniel M. Cordis<br>One of Their Attorneys |
| Peter L. Currie<br>The Law Offices of Peter L. Currie<br>536 Wing Lane<br>St. Charles, IL  60174<br>plclaw05@aol.com | Robert H. Griffith<br>Daniel M. Cordis<br>Foley & Lardner LLP<br>321 North Clark Street, Suite 2800<br>Chicago, IL  60610 |

4

## **CERTIFICATE OF SERVICE**

   I, Daniel M. Cordis, an attorney, hereby certify that on July 15, 2008, I caused a copy of the foregoing **Report of Rule 26(f) Planning Meeting** to be served on the following individuals via the United States District Court for the Northern District of Illinois (Western Division)'s ECF filing system:

| | |
|---|---|
| Peter L. Currie<br>The Law Firm of Peter L. Currie, PC<br>536 Wing Lane<br>St. Charles, IL  60174<br>plclaw05@aol.com | James M. Terrell<br>McCallum, Methvin & Terrell, PC<br>2201 Arlington Avenue South<br>Birmingham, AL  35205-4003<br>jterrell@mmlaw.net |

           /s/ Daniel M. Cordis
           Daniel M. Cordis

CHIC_2983696.1