**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Western Division**

Mill Street Clinic Pharmacy, Inc.
                              Plaintiff,

v.                                                Case No.: 3:07–cv–50249
                                                  Honorable Philip G. Reinhard

Caremark RX, LLC, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 16, 2008:

    MINUTE entry before the Honorable P. Michael Mahoney:Initial Pretrial conference held on 7/16/2008. Case management order approved as stated in open court. FRCP 26(a)(1) disclosure due 7/30/08. Scheduling applies to class certification only. Remainder of discovery to be set at a later date. Amended complaint due by 7/31/2008. Fact Discovery ordered closed by 2/16/2009. Class certification Motion due by 2/16/2009. Parties given 6 deposition each at 6 hours, 10 interrogatories and requests to admit. Plaintiff shall comply with FRCP(26)(a)(2) by 12/17/08. Deposition by 1/17/09. Defendant shall comply with FRCP(26)(a)(2) by 2/2/09. Deposition by 3/2/09. Discovery Hearing set for 11/5/2008 at 01:30 PM. (glg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.