IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| MILL STREET CLINIC PHARMACY, INC., individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>vs.<br><br>CAREMARK RX, L.L.C., CAREMARK RX, INC., CAREMARK, INC., CAREMARK, L.L.C., AND CVS CAREMARK CORPORATION,<br><br>        Defendants. | Case No. 07 C 50249<br><br>The Honorable Philip G. Reinhard<br><br>Magistrate Judge P. Michael Mahoney |

**AGREED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT**

       Defendant Caremark L.L.C. ("Caremark"), by its attorneys, respectfully moves this Court for entry of an order extending by 21 days (until September 19, 2008) Caremark's time to answer or otherwise respond to the Second Amended Class Action Complaint ("Complaint") filed by Plaintiff Mill Street Clinic Pharmacy, Inc. ("Mill Street"). In support of this motion, Caremark states the following:

       1.     On June 19, 2008, this Court granted, in large part, Caremark's motion to dismiss Mill Street's First Amended Class Action Complaint. (Dkt. 42) In that Order, this Court granted Mill Street until July 31, 2008 to file an amended pleading. (*Id.*)

       2.     Mill Street filed the Complaint on July 31, 2008.

3. Previously, on July 15, 2008, the parties filed their Report Of Rule 26(f) Planning Meeting with the Court (Dkt. 44), therein requesting that any answer or other response by Caremark to an amended pleading by Mill Street be due on or before August 29, 2008.

4. The following day, on July 16, 2008, the parties appeared in Court and the Court approved the requested response date.

5. Caremark requests an extension of 21 days to answer or otherwise respond to the Complaint, which would set the due date as September 19, 2008. Caremark has not previously requested an extension of time to answer or otherwise respond to the Complaint.

6. Counsel for Caremark has conferred with counsel for Mill Street, who has agreed to the requested extension and does not oppose this motion.

7. The extension sought will not prejudice the interests of any party to this lawsuit nor will it delay the overall schedule in this case.

WHEREFORE, Defendant Caremark L.L.C. respectfully requests that this Court (i) grant this motion in its entirety, (ii) extend the due date by which Caremark must answer or otherwise respond to the Complaint to on or before September 19, 2008 and (iii) grant such other and further relief as this Court deems just and proper.

**Dated:** August 28, 2008                          CAREMARK, L.L.C.

                                                    ____/s/ Daniel M. Cordis_____
                                                         One of Their Attorneys

Frank E. Pasquesi (IL Bar No. 6205455)
Robert H. Griffith (IL Bar No. 6237224)
Daniel M. Cordis (IL Bar No. 6285963)
**FOLEY & LARDNER LLP**
321 North Clark Street, Suite 2800
Chicago, Illinois  60610
312.832.4500 (t)
312.832.4700 (f)

**PROOF OF SERVICE**

       I, Daniel M. Cordis, an attorney, hereby certify that on August 28, 2008, I caused the foregoing Defendants' **Agreed Motion For An Extension Of Time To Answer Or Otherwise Respond To Plaintiff's Second Amended Complaint** to be served on the following individual pursuant to the United States District Court for the Northern District of Illinois' ECF filing system:

| | |
|---|---|
| Peter L. Currie | Robert G. Methvin, Jr. |
| The Law Firm Of Peter L. Currie, P.C. | James M. Terrell |
| 536 Wing Lane | McCallum, Methvin & Terrell, P.C. |
| Saint Charles, Illinois  60174 | 2201 Arlington Avenue South |
| 630.862.1130 (t) | Birmingham, AL  35205 |
| 630.845.8983 (f) | 205.9390199 (t) |
| plclaw05@aol.com | |

                                                                        /s/ Daniel M. Cordis
                                                                           Daniel M. Cordis